IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SUSANA LYON**

          Plaintiff,          Case No. 18-279

vs.

**UNITED STATES OF AMERICA**

          Defendant.

**STIPULATION OF DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff Susana Lyon hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant United States of America. This stipulation is signed by all parties who have appeared.

          */s/ David I. Shroyer*
          DAVID I. SHRORYER (0024099)
          MOLLIE K. SLATER (0087765)
          Colley Shroyer & Abraham
          536 South High Street, 2nd Floor
          Columbus, OH 43215

          */s/ Leah M. Wolfe*
          LEAH M. WOLFE (0093299)
          Assistant United States Attorney
          303 Marconi Boulevard, Suite 200
          Columbus, OH 43215

2

## CERTIFICATE OF SERVICE

I certify that on June 22, 2018, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF system, which will send notice to all counsel of record.

>  */s/ Mollie K. Slater*
>  MOLLIE K. SLATER (0087765)
>  Counsel for Plaintiff